IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION

| | |
|---|---|
| JESSIE BRAND </br></br> PLAINTIFF, </br></br> v. </br></br> DOW LOUISIANA FEDERAL CREDIT UNION AND TRANS UNION, LLC, </br></br> DEFENDANTS | CIVIL ACTION NO. </br> 3:14-cv-00760-JWD-RLB </br></br> DISTRICT JUDGE DEGRAVELLES </br> MAGISTRATE JUDGE BOURGEOIS |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Jessie Brand has announced to the Court that all matters in controversy against Defendant Trans Union LLC have been resolved. A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same with court costs to be paid by the party incurring same.

DATED this __26__ day of June, 2015.

_____
HONORABLE JOHN W. DEGRAVELLES
UNITED STATES DISTRICT JUDGE

6770823.1/SP/83057/1800/050515