UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JESSIE BRAND

CIVIL ACTION

VERSUS

NUMBER 14-760-JWD-RLB

DOW LOUISIANA FEDERAL
CREDIT UNION, ET AL

## 60-DAY ORDER OF DISMISSAL

A Notice of Settlement having been file into the record as Document 19;

**IT IS ORDERED** that the above listed action is hereby **DISMISSED**, without prejudice to the right of either party, upon good cause shown, to reinstate the action within 60 days if the settlement is not consummated.

Signed in Baton Rouge, Louisiana, on September 24, 2015.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

JURY