UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**JESSIE BRAND**                                             **CIVIL ACTION**

**VERSUS**                                                   **NUMBER 14-760-JWD-RLB**

**DOW LOUISIANA FEDERAL**
**CREDIT UNION, ET AL**

## ORDER

**THE FOREGOING MOTION CONSIDERED,**

IT IS HEREBY ORDERED THAT the this matter is dismissed with prejudice, all parties to bear their own costs and attorney's fees.

Signed in Baton Rouge, Louisiana, on October 5, 2015.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**